## THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| LEROY MARTINEZZ,<br><br>     Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:21-cv-157-DBB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss[1] is GRANTED. Each party shall bear its own costs, expenses, and attorney fees. The case is dismissed without prejudice. The Clerk of Court is directed to close this case.


Signed April 8, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 13, filed Dec. 21, 2021.