THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LEROY MARTINEZ,<br><br>                Plaintiff,<br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>                Defendant. | **ORDER DISMISSING CASE**<br><br>Case No. 1:21-cv-00157-DBB<br><br>District Judge David Barlow |

      On June 29, 2022, the court issued an Order to Show Cause (ECF No. 21), ordering that the Plaintiff file an amended complaint by July 13, 2022 or the case would be dismissed. Plaintiff has not filed an amended complaint. As such, the case is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for lack of prosecution. The clerk of court is directed to close the case.

      Signed: July 20, 2022.

BY THE COURT:

David Barlow
United States District Judge